IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMARK D. PATTON**                                                                                                   **PLAINTIFF**
ADC #168500

v.                                         Case No: 4:21-CV-00045-LPR

**DEPARTMENT OF TREASURY**, *et al*.                                                            **DEFENDANTS**

## ORDER

Plaintiff Lamark D. Patton is in custody at the Grimes Unit of the Arkansas Division of Correction.  He filed a *pro se* "Petition for Redetermination," which the Court construed as a Complaint brining claims under the Coronavirus Aid, Relief, and Economics Security Act ("CARES Act")[1] and Administrative Procedure Act ("APA")[2] against the Department of the Treasury and Internal Revenue Service.[3]  On March 9, 2021, the Court screened Mr. Patton's Complaint under the Prison Litigation Reform Act and *In Forma Pauperis* statute.[4]  The Court explained to Mr. Patton that his Complaint failed to state a claim on which relief may be granted and why this was so.[5]  Mr. Patton was given 30 days to supplement his Complaint to cure the defects.[6]  He was warned that his claims could be dismissed without prejudice if he did not do so.[7]  A copy of the  Court's March 9 Order was mailed to Mr. Patton.

---

[1] 26 U.S.C. § 6428.

[2] 5 U.S.C. § 706.

[3] Pl.'s Complaint (Doc. 2).

[4] 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2)(B).

[5] Court's PLRA Screening Order (Doc. 3) at 2-9.

[6] *Id*. at 9, 10.

[7] *Id*.

More than 30 days have passed and Mr. Patton has not supplemented his Complaint. Accordingly, his claims are dismissed for the reasons set out in the March 9 Order.[8]

It is, therefore, ORDERED that:

1. Plaintiff's claims are dismissed without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's Complaint (Doc. 2) is dismissed.

3. This dismissal Counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of April, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[8] *Id.* at 2-9.