IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMARK D. PATTON**                                                                                    **PLAINTIFF**
**ADC #168500**

v.                              Case No: 4:21-CV-00045-LPR

**DEPARTMENT OF TREASURY**, *et al*.                                                **DEFENDANT**

## JUDGMENT

Pursuant to previous Orders filed in this case, it is considered, ordered, and adjudged that plaintiff Lamark D. Patton's complaint is dismissed without prejudice. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Orders and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 14th day of April, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1]